37 F.3d 1486
 Gotaskie (Gunther R.)
v.
Commonwealth of Pennsylvania, Northumberland County, City of
Shamokin, Judge Ranck (Samuel), District Justice Reddinger,
Officer Johns (Bob), Officer Marose (Marlin), Shamokin
Police Department, District Attorney Sacavage (Robert),
Assistant District Attorney Rosini (Anthony), Chief
Michtetti (Joseph C.), Public Defender Office, Assistant
Greco (Edward), Public Defender Office, Beroes (Elizabeth),
Rosini (James), Avalino (Peter),
 NO. 94-7026
 United States Court of Appeals,
Third Circuit.
 Aug 03, 1994
 
 Appeal From: M.D.Pa.,
 McClure, J.
 
 
 1
 AFFIRMED.